**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

PRISCILLA ANN CRAIG

Chapter 13

Case No. 12-13537-BFK

Debtor

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed June 18, 2012. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) -** Feasibility -
This 100% Plan is underfunded as follows due primarily to high filed IRS claim:

| **PERFORMANCE** | Amount of Plan Payment | 2,500.00 | |
|---|---|---:|---|
| | Number of Months | 51 | |
| | **Total Receipts** | | 127,500.00 |
| | **Disbursements Required** | | |
| | Trustee | 11,861.69 | 10.00% |
| | Attorney | 3,000.00 | |
| | Tax/Priority | 43,059.03 | |
| | Secured | 33,158.04 | |
| | Unsecured | 39,399.86 | 39,399.86x100% |
| | Other | 0.00 | |
| | **Total Disbursements** | | 130,478.62 |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

**Notice of Objection To Confirmation**
Priscilla Ann Craig, Case # 12-13537-BFK

      File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on August 9, 2012 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

        Thomas P. Gorman
        300 North Washington Street, Ste, 400
        Alexandria, VA 22314

        Clerk of the Court
        United States Bankruptcy Court
        200 South Washington Street
        Alexandria, VA 22314

      If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _July 23, 2012_____         ___/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman
                                                    Chapter 13 Trustee
                                                    300 N. Washington Street, #400
                                                    Alexandria, VA 22314
                                                    (703) 836-2226
                                                    VSB 26421

**Notice of Objection To Confirmation**
Priscilla Ann Craig, Case # 12-13537-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of July, 2012, or served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Priscilla Ann Craig | Ann M. Callaway |
| Chapter 13 Debtor | Attorney for Debtor |
| P.O. Box 14 | Attorney At Law |
| Bealeton, VA 22712-0000 | 15 Garrett St. |
| | Warrenton, VA 20186 |

                                                                  \_\_/s/ Thomas P. Gorman_____
                                                                   Thomas P. Gorman