UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: Priscilla CraigCase No. 12-13537-BFK

DebtorChapter 13

Address6658 Catlett Road
Bealeton VA 22712

Last four digits of SSN or Individual Tax-payer Identification (ITIN) No(s)., (if any): 8849
Employer's Tax Identification (EIN) No(s).(if any): _____

**************************************************************

## NOTICE OF MOTION OR OBJECTION

Priscilla Craig, by counsel, has filed papers with the court **seeking permission to sell certain real property free and clear of liens**.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then **on or before May 22, 2014**, you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing (or a written response pursuant to Local Bankruptcy Rule 9013-1(H)). If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court United States Bankruptcy Court
200 S. Washington Street
Alexandria, VA 22314

You must also mail a copy to:

Ann M. Callaway
15 Garrett Street
Warrenton, VA 20186

☐ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☑ Attend the hearing on the motion (or objection) scheduled to be held on **May 29, 2014, at 1:30 p.m.** at United States Bankruptcy Court, 200 South Washington Street, Courtroom III, Alexandria, VA 22314.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 4/28/2014

Signature, name, address and telephone number of person giving notice:

/s/ Ann M. Callaway
15 Garrett Street
Warrenton, VA 20186
Virginia State Bar No.: 29014
Counsel for Priscilla Craig

CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of April, 2014, mailed a true copy of the foregoing Notice of Motion (or Objection) to all the creditors in the attached matrix. The Chapter 13 trustee and the U.S. Trustee were served electronically.

/s/ Ann M. Callaway