# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE: PRISCILLA CRAIG                         Case No. 12-13537
                                                                       Chapter 13

## ORDER

### ORDER GRANTING MOTION FOR AUTHORITY TO SELL REAL PROPERTY OF THE DEBTOR'S BANKRUPTCY ESTATE

**UPON CONSIDERATION** of the Debtor's Motion for Authority to Sell Real Property known as 6658 Catlett Road, Bealeton, VA 22712, any responses thereto and the Court finding that there is good cause for granting the Motion, it is hereby;

**ORDERED**, that the Motion is **GRANTED**, and that the Debtor is authorized to sell her real property commonly known 6658 Catlett Road, Bealeton, VA 22712, or more specifically known as: Tax ID # 6889-63-5498-000 in Fauquier County, Virginia, to Castle Creek Development, LLC for the amount of $600,000 according to the contract dated April 18, 2014; it is further

**ORDERED,** that the parties are authorized to pay at settlement the usual and ordinary costs of sale, the underlying note and deed of trust in full as well as costs owed to any and all other perfected liens; it is further

**ORDERED**, that the Debtor has the authority to execute all documents reasonably required to complete the transaction contemplated by the Agreement and shall, within ten (10) days of closing, file with the Court and serve on the Chapter 13 Trustee a copy of the settlement statement (HUD-1 form); it is further

**ORDERED**, that from the net proceeds not less than $ 56,500, to be paid to the Chapter 13 Trustee, Thomas P. Gorman, PO Box 1553, Memphis, TN 38101 for funding and distribution under the Debtors' Chapter 13 plan; the balance of the net proceeds to be disbursed to the Debtor at closing/settlement; and it is further

**ORDERED** that this Order shall not be stayed pursuant to Federal Bankruptcy Code Rule 6004(g) and 11 U.S.C. 363(m).

Entered this _____ day of Jun 16 2014 _____, 2014.

/s/ Brian F. Kenney
_____
Judge

NOTICE OF JUDGMENT OR ORDER

Entered on docket: Jun 17 2014

I ask for this:

/s/ Ann M. Callaway
Counsel for Debtor
Ann M. Callaway, P.C.
15 Garrett Street
Warrenton, Virginia 22186
(540) 349-4100
(540) 347-1086
Va. Bar No. 29014

Seen and No Objection:

/s/ Thomas P. Gorman
Office of Chapter 13 Trustee
300 North Washington Street
Suite 400
Alexandria VA 22314

**CERTIFICATE OF ENDORSEMENT**

The Consent Order has been endorsed by or on behalf of all necessary parties pursuant to Local Rule 9022-1(C)(1).

COPIES OF ORDER TO:

| | |
|---|---|
| Ann M. Callaway | Thomas P. Gorman |
| Counsel for Debtor | Office of Chapter 13 Trustee |
| Ann M. Callaway, P.C. | 300 North Washington Street |
| 15 Garrett Street | Suite 400 |
| Warrenton, Virginia 20186 | Alexandria VA 22314 |